Case 8:22-cv-01456-DOC-PLA   Document 1   Filed 08/04/22   Page 1 of 10   Page ID #:1

RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RS  DEPUTY

FULL NAME: Nguyen Nam Ba

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION: 3102 E Highland Ave
Patton CA 92369

PRISON NUMBER (if applicable): 1764224

Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Nguyen Nam Ba

PLAINTIFF,

v.

J. Molina
B. Garcia

DEFENDANT(S).

CASE NUMBER
**8:22-CV-01456-DOC-PLA**
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. **PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? __2__

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff **Nguyen Nam Ba**

   Defendants **Dudash**

b. Court **U.S Central District**

c. Docket or case number **2:2010-cv-09695**
d. Name of judge to whom case was assigned **Not remember**
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) **Settlement**
f. Issues raised: **Officer using excessive force**

g. Approximate date of filing lawsuit: **2010**
h. Approximate date of disposition **2012**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not **I've file a few complain 2 have been refuse to investigation and the last one is still pending. I am at this time unable to obtain any document it's in my property**

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Nguyen Nam Ba.**
(print plaintiff's name)
who presently resides at **Patton State hospital 3102 E Highland Ave. Patton CA92369**
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**Orange County Men Central Jail**
(institution/city where violation occurred)

on (date or dates) __9-3-2020__, __9-3-2020__, _____.
　　　　　　　　　　　(Claim I)　　　　　(Claim II)　　　　　(Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Garcia Boris__ resides or works at
   (full name of first defendant)
   __550 N. Flower St__
   (full address of first defendant)
   __Santa Ana CA 92703__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Work at Sheriff Department, failure to conduct the investigation after been inform, fail to provide the discipline hearing under Wolf vs McDonell 418 U.S.

2. Defendant __J. Molina__ resides or works at
   (full name of first defendant)
   __550 N Flower St__
   (full address of first defendant)
   __Santa Ana CA 92703__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Perjury, fail to provide a disciplinary hearing. Violated my Due process right.

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

The defendan violated my Fourth Amendment Right and Due Process information failure to conduct any investigate when the has been report. Perjury

The defendant has violated my fourth Amendment Right and Due process when failure to provide me the Administrator hearing of discipline under Wolf v McDonell 418 US fail to conduct in the investigation after been inform of a crime of identity thef, and release a person whom using my name on 1-17-20.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Around July 18, 2020, I was using the internet searching for inmate location at the Orang County Sheriff website page. And saw someone using my identity booking as an inmate.

On 8/15/2020 I was detain by Westminster police department for Bench warrant.

On 9/2/2020 the court granted me the request to self represented.

On Sep 3, 2020 After return from court, I was being Search by defendant who later identify as Deputy J Moling During the search Deputy Moling violate my proper status right when he conducting the search without my present and Superviser present and did not document the search through the camera recording for the record that the policy has required. Eventually During the Search of my cloth (I was

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

The deputy found small bindle inside my waistband right away he escort me 100 yard away out of sigh from the search location, 30 minutes later he return and ask me if I can be honest with him and tell him what inside the bindle and he will let me go without filing any violation report. I'm reply to him say "It's Crystal Meth" he then let me go back to my reside housing.

Up to his promise a week pass by after the incident I did not receive any notice of Rule Violation report.

On Oct 7.2020 I was detain by Westminster police department for the incident mention above, at all time during my incarceration, I did not allow to have a chance to receive the administrative discipline hearing and violated my due process right require under Wolf vs. Mcdonnell 418 U.S.539

At all time during my incarceration at the County Jail I've inform Sgt. Boris Garcia about someone using my identity, I've inform him in a way of crime report against me and he fail to conduct any investigation

Prior to being detain I've conduct the search inmate location on the Orange County Sheriff Website to find someone using my name and register into the Orange County Jail inmate system

During my time incarcerated as an inmate I made numerouse report to the deputy but All I receive is ignore to my complain after Knowing from the minutes order that the O.C.Jail has release someone using my name and case I've made more complain to Sgt Garcia Borris but

(1)

he refuse to help me, eventually the Defendant allow people to stolen other identity and fail to conduct any investigation upon request. Causing me to have many assault by other inmate. place me into protective status causing more dangerous for me and my family Defendant violated my fourth Amendment and Due Process Rights for illegal search without Supervisor and fail to provide me a chance to conduct the discipline hearing or call witness on my behalf. using someone else dring to conduct the test, commit perjury testimony

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I request the court to order the defendant to pay or compensation of 1 million dollar for fail to provide me the hearing, fail to conduct the investigation upon request, for commit perjury false testimony causing me to incarceration for 3 year

7-29-22
(Date)

(Signature of Plaintiff)

Dear Clerk of the court

My name is Nguyen Nam Ba I'm currently reside at the patton State hospital I am here to request if you can provide me a ~~cas~~ copy of My Case Docke # 2:2012:cv 09695 thank You very much

Sincerly,

Nguyen Nam Ba

Dear Clerk

I am request if you can send me the following legal material:

1) 7 pleading page for Complaint/Motion/civil cover Sheet
2) 5 proof of Service by mail
3) 2 complaint package file Under prisoner.
and all U.S court in Northern California

Thank You Clerk



Lauren Nam Ba #17642244 Unit 78
PATTON STATE HOSPITAL
3102 E. HIGHLAND AVENUE
PATTON, CA 92369

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 4 2022
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

SN BERNARDINO CA 923
1 AUG 2022 PM 4 L

To U.S District Court
Central District of California
255 E. Temple St, Room 134
Los Angeles CA 90012
Attn Clerk of the Court.

90012-330934